# Court of Appeals
# of the State of Georgia

ATLANTA,  May 11, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1504.HOLMAN v. THE STATE**

After filing his notice of appeal pro se, the Appellant in this case has filed a motion to remand, in which he says that he no longer wishes to represent himself in his appeal. Instead, the Appellant would like the trial court to appoint appellate counsel to represent him. Having considered the Appellant's motion to remand, such motion is hereby GRANTED. Accordingly, this case is remanded to the trial court for appointment of appellate counsel if the trial court finds that the Appellant is entitled to court-appointed counsel.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*